CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SEALED |
| | : | |
| v. | : | Case No.: 4:16-cr-0004 |
| | : | |
| CHARLES NATHANIEL WILLIAMS | : | <u>Violations:</u> |
| | : | |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 18 U.S.C. § 924(c) |
| | : | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about February 6, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

1. On or about February 10, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

1

## COUNT THREE

The Grand Jury further charges that:

1. On or about February 13, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

1. On or about February 13, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being, an Astra Arms, model 200 Firecat, .25 caliber, semi-automatic pistol, in and affecting interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The Grand Jury further charges that:

1. On or about February 23, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

The Grand Jury further charges that:

1. On or about February 23, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being, a Ceska Zbrojovka, model VZ70, .32 caliber, semi-automatic pistol, in and affecting interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

The Grand Jury further charges that:

1. On or about February 24, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury further charges that:

1. On or about February 24, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, did knowingly carry a firearm, to wit: a Jimenez Arms, model J.A. Nine, 9 mm, semi-automatic pistol, during and in relation to a drug trafficking crime for which may be prosecuted in a Court of the United States, as set forth in Count Seven of the Indictment.

2. All in violation of Title 18, United States Code, Sections 924(c).

## COUNT NINE

The Grand Jury further charges that:

1. On or about February 24, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being, a Jimenez Arms, model J.A. Nine, 9 mm, semi-automatic pistol, in and affecting interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN

The Grand Jury further charges that:

1. On or about April 17, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

The Grand Jury further charges that:

1. On or about April 30, 2015, in the Western District of Virginia, the defendant, CHARLES NATHANIEL WILLIAMS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

c. any interest in, claims against, and property or contractual rights affording a source of control over, the said continuing criminal enterprise, pursuant to 21 U.S.C. § 853(a)(3).

d. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

e. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Money Judgment**

   An undetermined sum of U.S. Currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

   b. **Firearms/Ammunition**

   1. Astra Arms, model 200 Firecat, .25 caliber, semi-automatic pistol, Serial No. 868739
   2. Ceska Zbrojovka, model VZ70, .32 caliber, semi-automatic pistol, Serial No. 721062
   3. Jimenez Arms, model J.A. Nine, 9 mm, semi-automatic pistol, Serial No. 126678

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

5

Case 4:16-cr-00004-JLK   Document 3   Filed 04/15/16   Page 5 of 6   Pageid#: 7

b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A True Bill this 15th day of April, 2016.

*\_\_s/Grand Jury Foreperson\_\_*
FOREPERSON

_____
JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY